In the Matter of the Judicial Settlement of the Account of The Farmers' Loan and Trust Company, as Executor, etc., of Alice Leigh, Deceased. Julia Leigh Harrison and Another, Appellants; Mary L. Adams and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.; Clarke, P. J., and Dowling, J., dissented.

Thomas F. Gilroy, Jr., Respondent, v. Strauss Building and Realty Company, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

John Russell, as President of The Joint Executive Board of New York and Vicinity of Piano, Organ and Musical Instrument Workers International Union of America, Appellant, v. North River Savings Bank, Respondent.— Determination and judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Gilbert C. Davidson, Appellant, v. Charles J. Buchanan, Individually and as Executor, etc., and Others, Respondents.— Judgment affirmed with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling Smith and Davis, JJ.

John Wegmann, Respondent, v. John J. Hearn Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Louis Unterman, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Ohio C. Barber, Appellant, v. Lewis R. Speare, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. James E. Liddy, Indicted as James E. Martin, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Henry T. Dykman, Respondent, v. The City of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.; Smith and Page, JJ., dissented.

George Leask and Another, as Surviving Trustees, etc., Respondents, v. Marion D. Beach and Another, as Ancillary Executors, etc., Respondents, Impleaded with Ella D. Garside and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke P. J., Dowling, Smith, Page and Davis, JJ.

John Hurtzig, Appellant, v. Henry Schierenbeck, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Pioneer Barber Towel Supply Company, Appellant, v. Augustus Bruny, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.